# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| France, Mary D. | Bankruptcy Court -- MDPa | 06/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge -- active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Federal Building
228 Walnut St.
Harrisburg, PA 17108

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Western Washington University (website royalty) |
| 2. 2012 | Shippensburg University (teaching) |
| 3. 2012 | Charles Thomas Publisher, Inc. (book royalties) |
| 4. 2012 | Northwestern Human Services of Pennsylvania (training) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of PA Bankruptcy Conference | January 19-20, 2012 | Philadelphia, PA | attorney conference-presenter | transportation, meals, hotel |
| 2. | Middle District of PA Bankruptcy Bar Association Conference | June 15, 2012 | Grantville, PA | attorney conference -- presenter | meals |
| 3. | American Bankruptcy Institute | August 2-4, 2012 | Cambridge, MD | association conference -- presenter | transportation, meals, hotel |
| 4. | Pittsburgh American Inns of Court | November 29-30, 2012 | Pittsburgh, PA | seminar -- presenter | transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sovereign Bank accts | A | Interest | M | T | | | | | |
| 2. Vanguard Cap. Opportunity Fund 403(b)(7) | A | Dividend | K | T | | | | | |
| 3. Vanguard Capital Opportunity Mutual Fund | A | Dividend | J | T | Sold (part) | 02/06/12 | K | | See Notes in Part VIII |
| 4. Vanguard Wellington Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Vanguard PRIMECAP Core Fund 403(b)(7) | A | Dividend | K | T | | | | | |
| 6. TIAA-CREF T-C Mid-Cap Val-Rtmt | A | Dividend | M | T | Buy (add'l) | 01/13/12 | J | | |
| 7. | | | | | Buy (add'l) | 01/27/12 | J | | |
| 8. | | | | | Buy (add'l) | 02/10/12 | J | | |
| 9. | | | | | Buy (add'l) | 02/24/12 | J | | |
| 10. | | | | | Buy (add'l) | 03/09/12 | J | | |
| 11. | | | | | Buy (add'l) | 03/23/12 | J | | |
| 12. | | | | | Buy (add'l) | 04/09/12 | J | | |
| 13. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 14. | | | | | Buy (add'l) | 05/04/12 | J | | |
| 15. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 16. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 17. | | | | | Buy (add'l) | 06/15/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| France, Mary D. | 06/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/21/12 | J | | |
| 19. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 20. | | | | | Buy (add'l) | 10/19/12 | J | | |
| 21. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 22. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 23. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 24. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 25. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 26. 02Micro International LTD common | | None | K | T | | | | | |
| 27. Vanguard PRIMECAP Core Mutual Fund | A | Dividend | K | T | Sold (part) | 09/13/12 | K | A | See Note in Part VIII |
| 28. Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy (add'l) | 02/06/12 | L | | See Note in Part VIII |
| 29. | | | | | Sold (part) | 02/13/12 | M | | |
| 30. Vanguard Convertible Securities Fund | B | Dividend | K | T | Sold (part) | 02/06/12 | J | A | See Note in Part VIII |
| 31. Vanguard Convertible Securities 403(b) Fund | C | Dividend | N | T | | | | | |
| 32. Prudential Whole Life Policy | A | Dividend | J | T | | | | | |
| 33. France Telecom common | A | Dividend | | | Sold | 02/09/12 | J | | See Note in Part VIII |
| 34. Trust #1 | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Wells Fargo accts | | | | | | | | | |
| 36. -- Dreyfus Florida Intermediate Municipal Bond Fund | | | | | | | | | |
| 37. -- BBVA Compass Bank acct | | | | | | | | | |
| 38. -- Florida Capital Bank acct | | | | | | | | | |
| 39. -- Regions Bank accts | | | | | | | | | |
| 40. -- TD Bank acct | | | | | | | | | |
| 41. -- Center Bank acct (now 1st Atlantic) | | | | | | | | | |
| 42. -- 121 Financial Credit Union acct | | | | | | | | | |
| 43. -- Vanguard Convertible Securities Fund (X) | | | | | | | | | See Note in Part VIII |
| 44. -- Community First Credit Union accts.(X) | | | | | | | | | See Note in Part VIII |
| 45. -- Atlantic Coast Bank acct. (X) | | | | | | | | | See Note in Part VIII |
| 46. AmEx money market acct. (X) | A | Interest | J | T | Open | 09/20/12 | K | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 3, 28 & 30 - Shares in Vanguard Capital Opportunity Fund and Convertible Securities Fund were redeemed and transferred into the Vanguard Prime Money Market Fund on February 6, 2012.. Substantially all of the funds in the Vanguard Prime Money Market Fund were then transferred out of the account on February 13, 2012.

Part VII, Lines 27 & 48 - Substantially all of the shares in the Vanguard Prime Cap Core Fund were liquidated and transferred to the AmEx Money Market account on September 13, 2012.

Part VII, Line 33 - The sale of France Telecom produced a loss.

Part VII, Line 43 - Asset was acquired 01/20/11 at K value, but was inadvertently omitted from 2011 report

Part VII, Lines 44 & 45 -- Assets were believed to be owned in the name of the Trust's Grantor. Recently determined that Assets were held by the Trust. Asset listed at line 44 valued at M value as of 12/31/12. Asset listed at line 45 valued at K as of 12/31/12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary D. France**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544